

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**SUZANNE M. MESSER**
smesser@bsk.com
P: 315.218.8628
F: 315.218.8100

July 10, 2024

**VIA ECF AND ELECTRONIC MAIL**
The Honorable Cathy Seibel
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@uscourts.gov

RE:   ***Naomi Ben-Porath v. Vassar College***
      Civil Action No. 7:23-cv-08713-CS

Dear Judge Seibel:

We represent Defendant Vassar College ("Vassar") in the above-referenced matter. We write jointly with Plaintiff's counsel pursuant to Your Honor's June 27, 2024 Order requesting a proposed schedule. The Parties have met and conferred and propose the following:

| Event | Deadline |
|---|---|
| Initial Disclosures | July 31, 2024 |
| Service of Discovery Requests | July 31, 2024 |
| Initial Production of Documents from Vassar | August 30, 2024 |
| Formal Responses to Discovery Requests | September 20, 2024 |

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Suzanne M. Messer*

Suzanne M. Messer, Esq.

Schedule approved.

SO ORDERED.

*Cathy Seibel*                    7/10/24

CATHY SEIBEL, U.S.D.J.

The Clerk shall terminate ECF No. 31.

18068558.v2-7/10/24

Attorneys At Law | A Professional Limited Liability Company

The Honorable Cathy Seibel
July 10, 2024
Page 2


cc:     Michael A. Tompkins (via ECF and electronic mail)