UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAOMI BEN-PORATH, *on behalf of herself and all others similarly situated*,

                    Plaintiff,

      v.

VASSAR COLLEGE,

                    Defendant.

**NOTICE OF MOTION**

Civil Action No.
7:23-cv-08713-CS

---

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings had herein, Defendant Vassar College (hereinafter "Defendant" or "Vassar"), shall move before the Honorable Cathy Seibel, United States District Judge, pursuant to Southern District of New York Local Rule 6.3 for an Order granting reconsideration of her decision denying Vassar's Motion for Judgment on the Pleadings, together with such other relief as this Court may deem just and proper.

Dated:  March 27, 2025

BOND, SCHOENECK & KING, PLLC

By:  /s/Suzanne M. Messer
      Suzanne Messer, Esq.
      Mallory A. Campbell, Esq.
*Attorneys for Defendant Vassar College*
600 Third Avenue, 22nd Floor
New York, New York  10016-1915
Telephone:  (646) 253-2300
mcampbell@bsk.com
smesser@bsk.com

21398969