IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NAOMI BEN-PORATH, *on behalf of herself and all others similarly situated*,

        Plaintiff,

v.

VASSAR COLLEGE,

        Defendant.

Civil Action No. 7:23-cv-08713-CS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff NAOMI BEN-PORATH and Defendant VASSAR COLLEGE, stipulate and agree to voluntary dismissal of this action with prejudice and with each side bearing their own fees, costs, and expenses.

Dated: June 30, 2025

| | |
|---|---|
| **LEEDS BROWN LAW, P.C.** | **BOND, SCHOENECK & KING PLLC** |
| _/s/_ | _/s/_ |
| Michael A. Tompkins, Esq. | Suzanne Messer |
| Anthony Alesandro, Esq. | Mallory A. Campbell |
| One Old Country Road, Suite 347 | 600 Third Avenue, 22nd floor |
| Carle Place, New York | New York, New York 10016-1915 |
| (516) 873-9550 | T: 646.253.2300 |
| Mtompkins@leedsbrownlaw.com | F: 646.253.2301 Fax |
| *Attorneys for Plaintiff* | smesser@bsk.com |
| | *Attorneys for Defendants* |